TYLER
v.
WILKINSON.

———————

TYLER and Another *v.* WILKINSON and Others.

| 10 | 53 |
| 137 | 168 |

APPEAL from the *Jennings* Circuit Court.

*Tuesday, January 5.*

*Per Curiam.*—Separate demurrers to complaint by defendants below. Demurrer of *Wilkinson* sustained. Judgment on said demurrer for said defendant.

No exception was taken to the ruling of the Court. There is no question before this Court, as we have several times decided (1).

The judgment is affirmed with costs.

*J. W. Robinson* and *J. W. Gordon*, for the appellants.

*H. C. Newcomb* and *J. S. Harvey*, for the appellees.

(1) See *Jolly* v. *The Terre Haute Drawbridge Co.*, and cases cited, 9 Ind. R. 417.